Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARTIN SCHIFTER, Respondent, v. SIEGEL BROS. & GOODMAN, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LOUIS LA PATRA, Respondent, for Compensation under the Workmen's Compensation Law, v. KELLOCK LAUNDRY COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by Mrs. KATE ENGLAND, Widow, Respondent, on Account of the Death of STEPHEN E. ENGLAND, v. MILES ENGRAVING COMPANY, Employer, and the UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. ANTOINETTE MARSELLO, Respondent, for Compensation for Herself and Child for the Death of MIKE MARSELLO, v. EVERETT D. COAKLEY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by Mrs. ANNA SCHUPBACH, Widow, on Behalf of Herself and Children, Respondent, on Account of the Death of FREDERICK SCHUPBACH, v. SIMON ZINN, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HARRY KAUFMAN, Respondent, for Compensation under the Workmen's Compensation Law, v. BENJAMIN HOENIG, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award reversed and matter remitted to the Commission to take further proof, and make findings as to what labor or service was performed by the various employees. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by MARGARET BARBER, Widow, on Behalf of Herself and Minor Children, Respondent, on Account of the Death of JOHN BARBER, Deceased, v. FORDHAM GENERAL SERVICE, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.